UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| ANTHONY SMITH #433385 | : | CIVIL ACTION |
|---|---|---|
| | : | NO. 10-499-JJB-SCR |
| VERSUS | | |
| | : | JUDGE BRADY |
| DEMINDA LECKIE | : | MAGISTRATE RIEDLINGER |

## ORDER

Considering the Motion to Stay Discovery, record document number 17;

IT IS ORDERED that the Motion is granted and all discovery in the above-entitled matter is stayed until further order of the court. *Schultea v. Wood*, 47 F.3d 1427 (5th Cir. 1995).

Baton Rouge, Louisiana, November 24, 2010.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE